Certificate Number: 05781-PAE-DE-028545574

Bankruptcy Case Number: 16-18050



05781-PAE-DE-028545574

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 29, 2016</u>, at <u>12:29</u> o'clock <u>AM PST</u>, <u>Diane Porter</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 29, 2016</u>          By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>