Certificate Number: 05781-PAE-DE-028545575

Bankruptcy Case Number: 16-18050



05781-PAE-DE-028545575

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2016, at 12:29 o'clock AM PST, Robert Blevins completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 29, 2016            By:    /s/Allison M Geving

Name:  Allison M Geving

Title:  President