United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-18050-sr
Robert M. Blevins                                                   Chapter 7
Diane K Porter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 1              Date Rcvd: Feb 23, 2017
                               Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db/jdb          +Robert M. Blevins,    Diane K Porter,    74 Covered Bridge Road,    Pequea, PA 17565-9745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Debtor Robert M. Blevins bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
              BARRY A. SOLODKY    on behalf of Joint Debtor Diane K Porter bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Robert M. Blevins<br>　　　　Diane K. Porter<br>　　　　　　　　　　Debtor | CHAPTER 7 |
| PNC Bank, National Association<br>　　　　　　　　　　Movant<br>　　vs. | NO. 16-18050 SR |
| Robert M. Blevins<br>Diane K. Porter<br>　　　　　　　　　　Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>　　　　　　　　　　Trustee | |

## ORDER

　　　　AND NOW, this　　　day of　　　　　　, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 74 Covered Bridge Road, Pequea, PA 17565 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: February 23, 2017**

_Stephen Raslavich_

Robert M. Blevins
74 Covered Bridge Road
Pequea, PA 17565

Diane K. Porter
74 Covered Bridge Road
Pequea, PA 17565

Barry A. Solodky, Esq.
28 Penn Square (VIA ECF)
Lancaster, PA 17603

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532