United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18050-sr
Robert M. Blevins                                                         Chapter 7
Diane K Porter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 2           Date Rcvd: Feb 24, 2017
                             Form ID: 318             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
```
db/jdb         +Robert M. Blevins,    Diane K Porter,    74 Covered Bridge Road,    Pequea, PA 17565-9745
13831082       +AES/ NCT Credit,   P.O.Box 61047,    Harrisburg, PA 17106-1047
13831083       +AES/ RBS Citizens NA PO Box 61047,    Harrisburg, PA 17106-1047
13831081       +AES/National Collegiate Trust,    PO Box 61047,   Harrisburg, PA 17106-1047
13831085       +Belco Community Credit,   403 N. 2nd Street,    Harrisburg, PA 17101-1377
13824992       +Belco Community Credit Union,    449 Eisenhower Blvd,    Harrisburg, PA 17111-2301
13824993        Best Buy Credit Services,    PO Box 9001007,   Louisville, KY 40290-1007
13824994        Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
13824995       +CBCS,   Po Box 163333,    Columbus, OH 43216-3333
13831087      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: CBNA,     50 Northwest Point Road,    Elk Grove Village, IL 60007)
13824999        Lancaster Emergency Associates,    PO Box 417113,   Boston, MA 02241-7113
13825000       +Lancaster General Health,    PO Box 824809,   Philadelphia, PA 19182-4809
13825004       +MRI Group LLP,   PO Box 3088,    Lancaster, PA 17604-3088
13825001       +Matthew D. Urban,   Weltman, Weinberg & Reis Co, LPA,     436 Seventh Avenue - Suite 2500,
                 Pittsburgh, PA 15219-1842
13825002       +Midland Credit Management, Inc,    2365 Northside Drive, Suite 300,
                 Attention: Tim Bolin, Division Manager,    San Diego, CA 92108-2709
13825010        PNC Mortgage,   B6-YM07-01-5,    PO Box 1820,   Dayton, OH 45401-1820
13825005        PayPal Credit,   PO Box 105658,    Atlanta, GA 30348-5658
13825008        Penn State Hershey Medical Center,    PO Box 853,   Hershey, PA 17033-0853
13825007        Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
13825006       +Penn State Hershey Medical Center,    PO Box 643313,    Pittsburgh, PA 15264-3313
13825009        Physicians All Manor Family Health,    PO Box 729,   East Petersburg, PA 17520-0729
13825011        Sears Credit Cards,    PO Box 9001055,   Louisville, KY 40290-1055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 25 2017 02:13:43    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2017 02:12:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 25 2017 02:13:32    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13824990        EDI: URSI.COM Feb 25 2017 01:43:00    Alltran Financial, LP,    PO Box 722910,
                 Houston, TX 77272-2910
13824991        E-mail/Text: ACF-EBN@acf-inc.com Feb 25 2017 02:12:14     Atlantic Credit & Finance, Inc.,
                 Po Box 12966,   Roanoke, VA 24030-2966
13824996        EDI: SEARS.COM Feb 25 2017 01:43:00    Citibank, N.A. Sears Gold Mastercard,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
13824997        EDI: RMSC.COM Feb 25 2017 01:43:00    JC Penneys / Synchrony Bank,    PO Box 960090,
                 Orlando, FL 32896-0090
13824998        EDI: RMSC.COM Feb 25 2017 01:43:00    JCPenny Credit Card,    PO Box 965009,
                 Orlando, FL 32896-5009
13825003       +EDI: MID8.COM Feb 25 2017 01:43:00    MidLand Funding,    8875 Aero Drive,    Suite 200,
                 San Diego, CA 92123-2255
13831090       +EDI: RMSC.COM Feb 25 2017 01:43:00    SYNCB I Care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
13825012        EDI: RMSC.COM Feb 25 2017 01:43:00    Synchrony Bank / Care Credit,    PO Box 960061,
                 Orlando, FL 32896-0061
13825013       +EDI: RMSC.COM Feb 25 2017 01:43:00    Synchrony Bank / Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13831084*       Alltran Financial, LP PO Box 722910,    Houston, TX 77272-2910
13831086*      +CBCS,   Po Box 163333,    Columbus, OH 43216-3333
13831088*       Citibank, N.A. Sears Gold Mastercard,    PO Box 6282,    Sioux Falls, SD 57117-6282
13831089*       JCPenny Credit Card,    PO Box 965009,    Orlando, FL 32896-5009
                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Feb 24, 2017
                              Form ID: 318             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Debtor Robert M. Blevins bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
              BARRY A. SOLODKY    on behalf of Joint Debtor Diane K Porter bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              DENISE ELIZABETH CARLON    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert M. Blevins** | Social Security number or ITIN  **xxx–xx–2472** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Diane K Porter** | Social Security number or ITIN  **xxx–xx–4277** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **16–18050–sr**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert M. Blevins

Diane K Porter

2/23/17

**By the court:** <u>Stephen Raslavich</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**